IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SARAH GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 04-3112 |
| ) | |
| STATE OF ILLINOIS, DEPARTMENT ) | |
| OF CHILDREN AND FAMILY ) | |
| SERVICES, ) | |
| ) | |
| Defendant. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court following a final pretrial conference. The following actions were taken at the final pretrial conference:

1. The parties were given until March 1, 2007 to file their revised final pretrial order. The addresses on the witness lists need not be redacted.

2. Any motions pertaining to the presentation of deposition testimony must be filed by March 1, 2007.

3. The Court gave the parties until March 1, 2007 to file any

1

additional motions in limine.  Any response to the motions in limine shall be due two weeks after the motion was filed.

    4.    The parties are directed to submit a proposed statement of the case and any proposed voir dire to United States Magistrate Judge Byron G. Cudmore by March 22, 2007.

    5.    The trial in this case will be bifurcated.  Jury selection will begin before Judge Byron G. Cudmore at 9:30 a.m. on March 26, 2007.  Opening statements will begin before this Court at 1:30 p.m. on that same day.

ENTER: January 29, 2007

                        FOR THE COURT:

                                            s/Richard Mills
                                            United States District Judge